IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONAL R. EDWARDS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-231-TFM-B |
| | ) |
| JAMES ERIC COALE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

It is **ORDERED** that pursuant to 28 U.S.C. § 636(b)(1), the above-styled action is **REFERRED** to the Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE and ORDERED this 23rd day of June, 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE